SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK KROTOSKI (CSBN 138549)
Chief, Criminal Division

DEREK R. OWENS (CSBN 230237)
Assistant United States Attorney

KEVIN OSBORNE
Law Clerk

   450 Golden Gate Avenue; Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 07-0025 MAG |
|     Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] |
| ) | <u>ORDER RESETTING HEARING DATE</u> |
|   v. ) | |
| SHAUN Y. BILLINGSLEY, ) | |
|     Defendant. ) | |

     This matter is currently set for a status hearing for March 15, 2007 at 10:00 a.m. before the Honorable Maria-Elena James. The parties in this case hereby stipulate to reset the hearing date from March 15, 2007 to April 5, 2007 at 10:00 a.m. before the Honorable Maria-Elena James. The parties agree that granting the continuance is reasonable for effective preparation of both defense counsel and the United States and to facilitate ongoing plea negotiations, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by granting such a continuance

Stipulation and [Proposed] Order

outweighed the best interests of the public and the defendant.

SO STIPULATED:

                                                    Respectfully submitted,

                                                    SCOTT N. SCHOOLS
                                                    United States Attorney

DATED:   03/13/07                      /s/ Derek Owens
                                                    DEREK R. OWENS
                                                   Special Assistant U.S. Attorney

DATED:   03/14/07                      /s/ Geoff Hansen
                                                   GEOFF HANSEN
                                                   Attorney for Defendant

     For the reasons stated above, the Court finds that the hearing should be reset for April 5, 2007 at 10:00 a.m. before the Honorable Maria-Elena James.

**SO ORDERED.**

DATED:   March 15, 2007                                                       
                                                   MARIA-ELENA JAMES
                                                   United States Magistrate Judge