```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2  ALEX G. TSE (CABN 152348)
    Chief, Civil Division
 3  RAVEN M. NORRIS (SBN 232868)
 4  Assistant United States Attorney
         450 Golden Gate Avenue, Box 36055
 5       San Francisco, California 94102-3495
         Telephone: (415) 436-6970
 6       Fax: (415) 436-6570
         Email: Raven.Norris@usdoj.gov
 7
 8  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>SHAUN BILLINGSLEY,<br><br>    Defendant. | CASE NO. CR 07-00025-001 MEJ<br><br>(~~PROPOSED~~)<br>ORDER REMITTING FINE |

Upon petition of the United States of America, and for good cause shown,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the provisions of 18 U.S.C. §3573, the unpaid portion of the fine imposed against the defendant in the amount of $900.00, accrued interest in the amount of $.00, and penalties in the amount of $.00 are hereby remitted.

Dated: 2-24-15

_____
MARIA-ELENA JAMES
United States Magistrate Judge